ORDER:
motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-00001 |
| | ) | |
| HOWARD GAY, et al | ) | JUDGE SHARP |

## MOTION OF THE GOVERNMENT TO UNSEAL SEARCH WARRANT

The United States of America (the Government), by and through its undersigned attorney, hereby moves the Court for the issuance of an order to unseal the Search Warrant issued on May 15, 2009, No. 09-2067 MK (DE 7), and the application provided in support thereof, on the basis that there is no further need for the Search Warrant and application to remain sealed.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

**s/ William F. Abely II**
WILLIAM F. ABLEY II
Assistant U. S. Attorney
110 9th Avenue South
Suite A-961
Nashville, Tennessee 37203