# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:13-00001-1 |
| | ) | Hon. Kevin H. Sharp |
| | ) | |
| **HOWARD GAY** | ) | |

## EX PARTE MOTION FOR EXPERT SERVICES

Comes now the defendant, Howard Gay, by and through undersigned counsel, and pursuant to subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. §3006A, respectfully moves this Honorable Court to enter an order authorizing and approving up to five hundred dollars ($400) for electronic technical assistance in the processing of discovery provided by the government in the above-captioned case. In support hereof, Defendant Howard Gay states as follows:

The defendant and his three co-defendants have been indicted on animal fighting and gambling charges. Trial is calendared for April 2, 2013.

As part of the investigation, an undercover agent apparently attended alleged animal fighting events on defendant's property on May 2 and May 16, 2009. The government has provided the defendant with DVDs containing video of these two events. However, in current format, the DVDs are not reasonably accessible to the defendant, in that the video images are rotated 90 degrees to the left of upright.

Undersigned counsel has communicated with the government concerning the videos. The government has advised the defendant that it will not provide a straightened video at this time, having found them adequate for its needs. The government has stated